No. 00–1697. WILLIAMS *v.* CORPORATE EXPRESS DELIVERY SYSTEMS. C. A. 4th Cir. Certiorari denied.

No. 00–1702. BALLEW *v.* DEPARTMENT OF JUSTICE ET AL. C. A. 5th Cir. Certiorari denied.

No. 00–1705. PHILLIPS *v.* COMPUWARE CORP. C. A. 5th Cir. Certiorari denied.

No. 00–1722. GARRETT ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 00–1725. SANGHVI *v.* FRENDEL ET AL. C. A. 2d Cir. Certiorari denied.

No. 00–1733. JONES *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 00–8101. LEWIS *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 00–8428. SOKOLOW *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 00–8729. QUINN *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 00–8750. BOYEA *v.* VERMONT; and SMITH *v.* VERMONT. Sup. Ct. Vt. Certiorari denied.

No. 00–8973. SAUNDERS *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 00–8984. SMITH *v.* MONTANA. Sup. Ct. Mont. Certiorari denied.

No. 00–8994. COLLINS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 00–9026. McGUIRE *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 00–9040. RANGEL-MENDOZA *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.